UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIK TWEDE, BARRY LONG, OLIVIA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>Defendant. | NO. 2:16-cv-01761-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO DISCLOSE EXPERT TESTIMONY<br><br>NOTE ON MOTION CALENDAR:<br>November 22, 2017 |

## STIPULATION

The parties have conferred and, due to the considerations of the case, have agreed to extend the deadline to exchange expert testimony to December 1, 2017, as set forth in the proposed order below.

///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINE FOR DISCLOSING EXPERT TESTIMONY - 1
2:16-CV-01761-JLR

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

GSB:9103220.1

DATED this 22nd day of November, 2017.

PFAU COCHRAN VERTETIS AMALA PLLC    GARVEY SCHUBERT BARER

By *s/Darrell L. Cochran*
   Darrell L. Cochran, WSBA #22851
   Christopher E. Love, WSBA #42832
   Kevin M. Hastings, WSBA #42316
   911 Pacific Avenue, Suite 200
   Tacoma, WA 98402
   Phone: (253) 777-0799
   Fax: (253) 627-0654
   Email: darrell@pcvalaw.com
   Email: chris@pcvalaw.com
   Email: kevin@pcvalaw.com

By *s/ Seth J. Berntsen*
   Seth J. Berntsen, WSBA #30379
   David R. West, WSBA # 13680
   Special Assistant Attorney General
   1191 Second Avenue, 18th Floor
   Seattle, WA 98101-2939
   Phone: (206) 464-3939
   Fax: (206) 464-0125
   Email: Sberntsen@gsblaw.com

*Attorneys for Defendant*

Conrad Reynoldson, WSBA No. 48187
WASHINGTON CIVIL AND
DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
Phone: (206) 855-3134
Email: Conrad.wacda@gmail.com

*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED** that the deadline for the parties to exchange expert testimony is hereby extended to December 1, 2017.

SO ORDERED this 27 day of Nov., 2017.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINE FOR DISCLOSING EXPERT TESTIMONY - 2
2:16-CV-01761-JLR

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

GSB:9103220.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the foregoing STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO DISCLOSE EXPERT TESTIMONY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Christopher Eric Love<br>PFAU COCHRAN VERTETIS AMALA PLLC | chris@pcvalaw.com<br>onebadparadigm@gmail.com |
| Kevin M. Hastings<br>PFAU COCHRAN VERTETIS AMALA PLLC | kevin@pcvalaw.com |
| Darrell L Cochran<br>PFAU COCHRAN VERTETIS AMALA PLLC | darrell@pcvalaw.com<br>danae@pcvalaw.com<br>kevin@pcvalaw.com<br>laura@pcvalaw.com<br>loren@pcvalaw.com |
| Conrad Reynoldson<br>WASHINGTON CIVIL AND DISABILITY ADVOCATE | Conrad.WACDA@gmail.com<br>conrad3445@gmail.com |
| Nancy M. Cooper<br>GARVEY SCHUBERT BARER | ncooper@gsblaw.com<br>jlovelin@gsblaw.com |
| Seth J Berntsen<br>GARVEY SCHUBERT BARER | sberntsen@gsblaw.com<br>dbarrientes@gsblaw.com |

SIGNED this 22nd day of November, 2017, at Seattle, Washington.

/s/ Patricia Shillington
Patricia Shillington, Legal Assistant
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
pshillington@gsblaw.com

STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINE FOR DISCLOSING EXPERT TESTIMONY - 1
2:16-CV-01761-JLR

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

GSB:9103220.1