HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ERIK TWEDE, BARRY LONG, OLIVIA WILLIAMS,

    Plaintiffs,

v.

UNIVERSITY OF WASHINGTON,

    Defendant.

NO. 2:16-cv-01761-JLR

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES TO DISCLOSE EXPERT REBUTTAL TESTIMONY AND COMPLETION OF DISCOVERY**

NOTE ON MOTION CALENDAR:
December 14, 2017

## STIPULATION

The parties have conferred and, due to the considerations of the case and the forthcoming holidays, have agreed to extend the deadline for expert rebuttal testimony to January 16, 2018, and the completion of discovery deadline to February 6, 2018, as set forth in the proposed order below.

///

///

///

///

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES TO DISCLOSE EXPERT REBUTTAL TESTIMONY AND COMPLETION OF DISCOVERY - 1
2:16-CV-01761-JLR

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

DATED this 14th day of December, 2017.

PFAU COCHRAN VERTETIS AMALA PLLC GARVEY SCHUBERT BARER

By *s/Darrell L. Cochran*
Darrell L. Cochran, WSBA #22851
Christopher E. Love, WSBA #42832
Kevin M. Hastings, WSBA #42316
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799
Fax: (253) 627-0654
Email: darrell@pcvalaw.com
Email: chris@pcvalaw.com
Email: kevin@pcvalaw.com

By *s/ Seth J. Berntsen*
Seth J. Berntsen, WSBA #30379
David R. West, WSBA # 13680
Special Assistant Attorney General
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
Email: Sberntsen@gsblaw.com
Email: Drwest@gsblaw.com
*Attorneys for Defendant*

Conrad Reynoldson, WSBA No. 48187
WASHINGTON CIVIL AND
DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
Phone: (206) 855-3134
Email: Conrad.wacda@gmail.com

*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED** that the deadline for the parties to exchange expert rebuttal testimony is hereby extended to January 16, 2018, and the deadline for completion of discovery is hereby extended to February 6, 2018.

SO ORDERED this 14th day of December, 2017.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES TO DISCLOSE EXPERT REBUTTAL TESTIMONY AND COMPLETION OF DISCOVERY - 2
2:16-CV-01761-JLR

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

I, Dominique Barrientes, hereby certify that on December 14, 2017, I electronically filed the foregoing STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES TO DISCLOSE EXPERT REBUTTAL TESTIMONY AND COMPLETION OF DISCOVERY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Darrell L. Cochran, | darrell@pcvalaw.com |
| Christopher E. Love | chris@pcvalaw.com |
| Kevin M. Hastings | kevin@pcvalaw.com |
| Cole Douglas | cole@pcvalaw.com |
| PFAU COCHRAN VERTETIS AMALA PLLC | sawes@pcvalaw.com |
| *Attorneys for Plaintiffs* | |
| | |
| Conrad Reynoldson | Conrad@wacda.com |
| WASHINGTON CIVIL AND DISABILITY ADVOCATE | |
| | |
| Seth J. Berntsen | sberntsen@gsblaw.com |
| David R. West | dwest@gsblaw.com |
| GARVEY SCHUBERT BARER | dbarrientes@gsblaw.com |
| *Attorneys for Defendant* | |

SIGNED this 14th day of December, 2017 at Seattle, Washington.

/s/ Dominique Barrientes
Dominique Barrientes, Legal Assistant
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
dbarrientes@gsblaw.com

GSB:9151770.1

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES TO DISCLOSE EXPERT REBUTTAL TESTIMONY AND COMPLETION OF DISCOVERY - 1
2:16-CV-01761-JLR

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939