1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  ERIK TWEDE, et al.,                          CASE NO. C16-1761JLR

11                          Plaintiffs,          ORDER DIRECTING RESPONSE
                                                 TO MOTION FOR
                 v.                              RECONSIDERATION
12

13  UNIVERSITY OF WASHINGTON,

                            Defendant.
14

15          Before the court is Plaintiffs' motion for reconsideration of the court's order

16  granting in part and denying in part Defendant University of Washington's ("UW")

17  motion to dismiss.  (Mot. (Dkt. # 57); *see also* Order (Dkt. # 48).)  Pursuant to Local

18  Civil Rule 7(h)(3), the court directs UW to respond to Plaintiffs' motion for

19  reconsideration by no later than Friday, March 9, 2018.  UW's responsive memorandum

20  shall be no longer than ten (10) pages.  Plaintiffs' reply, if any, shall be filed no later than

21  Friday, March 16, 2018, and shall be no longer than five (5) pages in length.  The court

22

ORDER - 1

1    DIRECTS the Clerk to re-note Plaintiffs' motion for reconsideration (Dkt. # 57) for

2    March 16, 2018.

3        Dated this 1st day of March, 2018.

4

5

6                         JAMES L. ROBART
                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2