UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIK TWEDE, et al.,<br><br>     Plaintiffs,<br> v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>     Defendant. | CASE NO. C16-1761JLR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE CASE SCHEDULE FOR 60 DAYS |

Before the court is the parties' stipulated motion to extend the case schedule and other deadlines for 60 days. (Stip. (Dkt. # 62).) The parties have requested the 60-day extension because they have signed an agreement in principle to settle all claims in this matter, subject to obtaining the approval of those persons with appropriate authority at Defendant University of Washington ("UW"). The court GRANTS the parties' stipulated motion and adopts the schedule set forth therein. (*See id.* at 2-3.) The parties should operate on the assumption that the date for the pretrial conference is July 7, 2018, and the date for trial to commence is July 23, 2018—as the parties tentatively propose in their

motion.  (*See id.*)  However, if the parties fail to finalize their settlement agreement within 60 days, the court will set definite dates for the pretrial conference and trial at that time.  If the parties fail to finalize their settlement agreement within 60 days, the court ORDERS the parties to file a joint status report at that time.  The court further DIRECTS the Clerk to change the noting dates for:  (1) the motion to limit expert testimony (Dkt. # 52) to May 18, 2018, (2) the motion for partial summary judgment (Dkt. # 54) to May 25, 2018, and (3) the motion for reconsideration (Dkt. # 57) to April 20, 2018.

Dated this 13th day of March, 2018.

JAMES L. ROBART
United States District Judge